# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **GLEN JOSEPH DAVIS** | § | **PETITIONER** |
| v. | § | Civil No. 1:20-cv-158-HSO-MTP |
| **JOE ERRINGTON** *Superintendent* | § | **RESPONDENT** |

## FINAL JUDGMENT OF DISMISSAL

BEFORE THE COURT is the Report and Recommendation [26] of United States Magistrate Judge Michael T. Parker, which recommends dismissing Petitioner Glen Joseph Davis's Petition [1] under 28 U.S.C. § 2254 for Writ of Habeas Corpus with prejudice. For the reasons given in the Order adopting the Magistrate Judge's Report and Recommendation [26] and dismissing Petitioner's Petition [1] for Writ of Habeas Corpus, the Court hereby enters judgment, pursuant to Federal Rule of Civil Procedure 58.

**IT IS, THEREFORE ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 12th day of July, 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE