IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **GLEN JOSEPH DAVIS** | § | **PETITIONER** |
| | § | |
| **v.** | § | **Civil No. 1:20-cv-00158-HSO-MTP** |
| | § | |
| **JOE ERRINGTON** *Superintendent* | § | **RESPONDENT** |

**ORDER DENYING PETITIONER'S MOTIONS [37, 38, 45]**

BEFORE THE COURT is Petitioner Glen Joseph Davis's Motion [37] to Request Help with Getting Petitioner's Proceedings in Order and to Explain Concern, Motion [38] to Clarify Record, Vacate Denial, and to Allow Petitioner to Proceed with Petition for Writ of Habeas Corpus, and Motion [45] for Issuance of Show Cause Order.

On June 16, 2021, United States Magistrate Judge Michael T. Parker entered a Report and Recommendation [26] that recommended that Davis's Petition for Writ of Habeas Corpus be denied. Specifically, the Magistrate Judge found that the four grounds for relief raised by Petitioner in his Brief [2] in Support of his Petition [1] were insufficient to warrant habeas relief. R. &. R. [26] at 1.

On July 12, 2021, the Court entered an Order [27] adopting the Report and Recommendation [26] and entered a Final Judgment [28] dismissing the case with prejudice. The Court also denied Petitioner's Motion [30] for Extension of Time to

1

object to the Report and Recommendation in an Order [31] dated July 28, 2021. Also on July 28, 2021, Petitioner filed a Motion [38] to Clarify Record, Vacate Denial, and to Allow Petitioner to Proceed with Petition for Writ of Habeas Corpus.

On August 11, 2021, Petitioner filed a Notice [32] of Appeal to Judgement of Dismissal, a Notice [33] of Appeal to Order on Motion of Extension of Time, and a Notice [34] of Appeal to Certificate of Appealability. This same day, he also filed in this Court a Statement [35] of Evidence, a Motion [36] for Order of Designation of Record on Appeal, and a Motion [37] to Request Help with Getting Petitioner's Proceedings in Order and to Explain Concern. He ultimately filed his Objection [44] to the Report and Recommendation on August 25, 2021, followed by a Motion [45] for Issuance of Show Cause Order on September 1, 2021.

Having reviewed the Motions [37] [38] [45], and to the extent that this Court would have jurisdiction to entertain them, the Court finds that they are not well-taken and should be denied.

**IT IS THEREFORE, ORDER AND ADJUDGED** that, Petitioner Glen Joseph Davis's Motion [37] to Request Help with Getting Petitioner's Proceedings in Order and to Explain Concern, Motion [38] to Clarify Record, Vacate Denial, and to Allow Petitioner to Proceed with Petition for Writ of Habeas Corpus, and Motion [45] for Issuance of Show Cause Order are **DENIED**.

**SO ORDERED AND ADJUDGED,** this the 14th day of September, 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE